WILLIAM R. TAMAYO, SBN 084965 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
DEBRA A. SMITH, SBN 147863 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave, 5th Fl. West
San Francisco, CA  94102
Telephone No. (415) 522-3034
Fax No. (415) 522-3425
Debra.Smith@eeoc.gov
*Attorneys for Plaintiff EEOC*

ROBERT L. REDIGER, ESQ. (CA Bar No. 109392)
LAURA C. MCHUGH, ESQ. (CA Bar No. 180930)
CANDICE K. REDIGER, ESQ. (CA Bar No. 287146)
REDIGER, McHUGH & OWENSBY, LLP
555 Capitol Mall, Suite 1240
Sacramento, California 95814
Telephone: (916) 442-0033
Facsimile:  (916) 498-1246
*Attorneys for Defendant,
PLACER ARC*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PLACER ARC d/b/a PLACER ADVOCACY RESOURCES & CHOICES,<br><br>Defendant. | Case No.: 2:13-cv-0577-KJM-EFB<br><br>**JOINT STIPULATION FOR PROTECTIVE ORDER AND NON-DISCLOSURE AGREEMENT TO GOVERN PRODUCTION OF EXPERT WITNESS'S TESTING MATERIALS AND PROTOCOLS PURSUANT TO FED. R. CIV. P. 26(c) AND LOCAL RULE 143**<br><br>The Honorable Kimberly J. Mueller<br><br>Magistrate Judge Edmund F. Brennan |

Whereas Defendant Placer ARC noticed Plaintiff's expert witness, Dr. Shana Williams, for deposition on December 15, 2014, and attached a request for production of documents pursuant to Federal Rule of Civil Procedure 34,

Whereas Defendant has requested that Plaintiff EEOC produce from Dr. Williams all documents that comprise the one or more Comprehensive Test of Nonverbal Intelligence (CTONI-2), Wechsler Individual Achievement Test(s) (WIAT-II), and Validity Indicator Profile(s) (VIP) and

1  all documents that comprise or reflect the ratings or scores (together "testing materials and
2  protocols") given to Homeyra Kazerounian in regard to these tests,

3      Whereas Defendant seeks to obtain Dr. Williams' psychological test materials and protocols
4  used within the industry to evaluate the opinions she will attest to during a trial on the merits of this
5  action and Dr. Williams has relied upon these test materials and protocols in reaching her opinions,

6      Whereas Dr. Williams is a psychologist who has ethical obligations pursuant to the American
7  Psychological Association (APA) Ethics Code, Standard 9, to protect the integrity and security of
8  psychological test materials and protocols used within the industry, consistent with the law and her
9  contractual obligations, and

10      Whereas Dr. Williams has objected to producing psychological testing materials and
11  protocols used within the industry, citing her ethical and contractual obligations under the APA to
12  protect the integrity of these documents, and has informed Plaintiff EEOC that she will not produce
13  these documents absent a court order or protective order,

14      IT IS HEREBY STIPULATED by and between the undersigned counsel that, pursuant to
15  Rule 26(c) of the Federal Rules of Civil Procedure and Local Rule 143 of the Eastern District of
16  California, this Court approve the following Protective Order and Non-Disclosure Agreement which
17  shall govern the production of Dr. Williams' testing materials and protocols to Defendant:

18      1.  Defendant and counsel agree that they will treat Dr. Williams' testing materials and
19  protocols as confidential materials "for attorneys' eyes only," and Defendant's counsel
20  agrees that it will not disclose, distribute, disseminate or communicate the content of Dr.
21  Williams' testing materials or protocols in any manner to anyone other than Defendant's
22  counsel and its paralegals, assistants or other such personnel working under its
23  supervision, or to a licensed psychologist retained to assist Defendant in the preparation
24  and trial of this litigation who, in good faith, it determines needs to view such ~~proprietary~~
25  confidential materials for purposes of this litigation.

26      2. Defendant and counsel agree that they will utilize the test materials exclusively for
27  purposes of this litigation.

28  /////

3. The information subject to this order shall be marked "Confidential" and is protected from disclosure to the public regardless of whether it is conveyed by or contained in a document produced, stated in answer to an interrogatory or request for admission, disclosed in an oral deposition by a party or a non-party in the course of discovery in this proceeding, or disclosed pursuant to a voluntary agreement among counsel.

4. All persons reviewing or receiving copies of confidential documents are enjoined from disclosing the contents thereof to any other person other than for the prosecution or defense of this action, except in conformity of this Protective Order, and hereby agree to subject themselves to the jurisdiction of the Court for the purpose of any proceeding relating to the performance under, compliance with, or violation of this Protective order.

5. Defendant and counsel agree that within 30 days after receipt of written notice of the final disposition of this lawsuit, whether by judgment and exhaustion of all appeals, or by settlement, they will return all of Dr. Williams' confidential testing materials and protocols to her without retaining any copies of same.

6. In the event that either party wishes to file with the court materials marked "Confidential" subject to this Protective Order, as an exhibit to a pleading or otherwise, the party shall first seek an order to file under seal pursuant to Local Rule 141.  Any motion for a sealing order shall be directed to Judge Mueller.  The Request to Seal Documents shall refer to this Stipulation and Protective Order.

| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | REDIGER, McHUGH & OWENSBY, LLP |
|---|---|
| /s/ *Debra A. Smith*<br>DEBRA A. SMITH<br>Attorney for Plaintiff | /s/  *Robert L. Rediger*<br>ROBERT L. REDIGER<br>Attorney for Defendant Placer ARC |
| DATED: December 15, 2014. | DATED: December 15, 2014. |

**As modified above, IT IS SO ORDERED.**

DATED: December 15, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE