**FILED**

DEC 17 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>             Plaintiff,<br><br>    v.<br><br>PLACER ARC d/b/a PLACER ADVOCACY RESOURCES & CHOICES,<br><br>             Defendant. | No. 2:13-cv-0577-KJM-EFB<br><br>VERDICT FORM |

QUESTION 1

      Is Ms. Kazerounian a qualified individual with a disability?

      Yes: __X__  No: _____

If your answer to question 1 is "yes," then continue to question 2. If your answer is "no," stop here, skip the remaining questions, and sign and date this form.

*The form continues on the next page.*

1

1  QUESTION 2

2          Did Placer ARC discriminate against Ms. Kazerounian in that it did not make

3  reasonable accommodation(s) for her disability?

4          Yes: _____ No: __X__

5  If your answer to question 2 is "yes," then continue to question 3. If your answer is "no," then

6  skip to question 4.

7

8  QUESTION 3

9          Did the discrimination cause Ms. Kazerounian damages?

10         Yes: _____ No: _____

11 If your answer is "yes," specify the amount of her damages on the line below. If your answer is

12 no, leave the line blank.

13         $_____

14 Continue to question 4.

15

16 QUESTION 4

17         Was Ms. Kazerounian constructively discharged?

18         Yes: _____ No: __X__

19 If your answer to question 4 is "yes," continue to question 5. If your answer is "no," then skip to

20 question 8 if you answered "yes" to question 2 above. If you answered "no" to both question 2

21 and question 4, stop here, answer no further questions, and sign and date this form.

22

23 QUESTION 5

24         Should Ms. Kazerounian receive back pay for constructive discharge?

25         Yes: _____ No: _____

26 Continue to question 6.

27

28 *The form continues on the next page.*

QUESTION 6

Did Ms. Kazerounian mitigate her damages on the constructive discharge claim?

Yes: _____ No: _____

If your answer is "no," specify whether her failure to mitigate damages was for all or part of the period after she stopped working for Placer ARC.

All of the period: _____

Part of the period: from _____ to _____

Continue to question 7.

QUESTION 7

Did the constructive discharge cause Ms. Kazerounian damages other than back pay?

Yes: _____ No: _____

If your answer is "yes," specify the amount of her damages on the line below. If your answer is no, leave the line blank.

$_____

Continue to question 8.

QUESTION 8

Do you award punitive damages?

Yes: _____ No: _____

If your answer is "yes," specify the amount on the line below. If your answer is no, leave the line blank.

$_____

Sign and date this form.

_12/17/15_____        _Alan T. Smith_____

Date                                              Foreperson

3