# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

v.

CASE NO: **2:13–CV–00577–KJM–EFB**

**PLACER ARC,**

**XX –– Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE JURY VERDICT RENDERED 12/17/2015**

**Marianne Matherly**
Clerk of Court

ENTERED: **December 28, 2015**

by: /s/ G. Michel
Deputy Clerk